**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SOFIA CORREIA,

12           Plaintiff,                                    No. C 10-3306 WHA

13       v.

14  CHASE HOME FINANCE LLC and THE              **ORDER TO SHOW CAUSE**
    PNC FINANCIAL SERVICES GROUP INC.,

15           Defendants.

16                                            /

17          Plaintiff Sofia Correia, proceeding *pro se*, filed this action asserting various claims

18  related to the origination of a refinance loan.  Defendants removed this action and then filed a

19  motion to dismiss and a motion to strike.  The motions are scheduled to be heard on October 21,

20  2010.  Pursuant to Civil Local Rule 7-3, any brief in opposition to the motions was due on

21  September 30, 2010, but no such opposition has been received.  Plaintiff is **ORDERED** to

22  respond by **NOON ON THURSDAY, OCTOBER 21, 2010**, and show cause for her failure to respond

23  to the motions in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of

24  nonopposition to the motions as required by Civil Local Rule 7-3(b).  If plaintiff does not

25  respond to this order the case may be dismissed for plaintiff's failure to prosecute her claims.

26

27

28

1  This order to show cause does not constitute permission to file a late opposition.  The hearing

2  scheduled for October 21, 2010, is **VACATED**.  The Court will schedule a new hearing date later

3  if necessary.

4

5      **IT IS SO ORDERED.**

6

7  Dated:  October 4, 2010.

8                              WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2