IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFIA CORREIA,

    Plaintiff,

  v.

CHASE HOME FINANCE LLC and PNC BANK, N.A. (erroneously sued as The PNC Financial Services Group Inc.),

    Defendants.

No. C 10-3306 WHA

**NOTICE TO PLAINTIFF SOFIA CORREIA REGARDING POTENTIAL DISMISSAL OF CASE**

    Plaintiff Sofia Correia is hereby notified that her lawsuit is in trouble for two reasons. First, she failed to file her opposition to defendant PNC Bank's pending motions to dismiss and to strike. The opposition was due on September 30, 2010. Nothing was received, even late. (A previous order to show cause required a response from plaintiff Correia by October 21, 2010, at noon. Nothing has been received.) The second problem is plaintiff Sofia Correia failed to appear at the case management conference previously noticed for October 21, 2010, at 11:00 a.m. Defense counsel appeared but Sofia Correia did not.

    Sofia Correia is ordered to show cause why her case shall not be dismissed for lack of prosecution because of these failures. She must appear on **NOVEMBER 18, 2010, AT 8:00 A.M.** in courtroom 9 (Judge Alsup's courtroom), on the 19th floor of the federal courthouse, which is at 450 Golden Gate Avenue in San Francisco. She must appear at this time to show cause why her case should not be dismissed. Defendant PNC Bank's motions to dismiss and to strike, and

defendant Chase Home Finance's motion to dismiss, will be heard at that time as well.  (The prior order vacating the hearing for PNC Bank's motions is vacated and the motion will be heard after all.)

**IT IS SO ORDERED.**

Dated:  October 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE