**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFIA CORREIA,

      Plaintiff,

    v.

CHASE HOME FINANCE LLC and PNC
BANK, N.A. (erroneously sued as The PNC
Financial Services Group Inc.),

      Defendants.

                           /

No. C 10-3306 WHA

**ORDER DENYING MOTION TO
APPEAR BY TELEPHONE**

Defendant Chase Home Finance LLC moves to appear by telephone at the hearing on

November 18, 2010, at 8:00 a.m.  That motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  November 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE