IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFIA CORREIA,

    Plaintiff,

v.

CHASE HOME FINANCE LLC and
PNC BANK, N.A. (erroneously sued as
The PNC Financial Services Group Inc.),

    Defendants.
    /

No. C 10-3306 WHA

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On May 10, 2010, *pro se* plaintiff Sofia Correia filed a complaint asserting ten claims against defendants related to the origination of a refinance loan. Defendants removed this action. Defendant PNC Bank, N.A. then filed a motion to dismiss and a motion to strike.

Pursuant to Local Rule 7-3, plaintiff should have filed a brief in opposition to the motions by September 30, but she did not file an opposition or statement of nonopposition. She was ordered to respond by October 21 to show cause for her failure to oppose, but she did not respond. She failed to appear at her case management conference noticed for October 21.

Plaintiff should have responded by October 28 to a motion to dismiss filed by defendant Chase Home Finance, LLC, but she made no response. She was ordered to appear on November 18 to show cause why her case should not be dismissed for lack of prosecution, but she did not appear.

Because plaintiff has repeatedly failed to respond to deadlines governing this action in any fashion, the case is **DISMISSED WITHOUT LEAVE TO AMEND** for failure to prosecute under Rule 41(b).

**IT IS SO ORDERED.**

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2