IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFIA CORREIA,

    Plaintiff,

  v.

CHASE HOME FINANCE LLC and
PNC BANK, N.A. (erroneously sued as
The PNC Financial Services Group Inc.),

    Defendants.

      No. C 10-3306 WHA

      **JUDGMENT**

For the reasons stated in the accompanying order dismissing this action for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE